FILED

02/01/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0541

IN THE SUPREME COURT FOR THE STATE OF MONTANA

No. DA 23-0541

IN THE MATTER OF:

Z.T.,

A Youth In Need Of Care.

## ORDER

Upon consideration of Appellant's Second Motion For Extension Of Time , and good cause appearing

IT IS HEREBY ORDERED that Appellant is granted an extension of time until March 1, 2024, in which to prepare, file and serve Appellant's opening brief.

No further extensions will be granted.

Electronically Signed by:

Mike McGrath

Chief Justice, Montana Supreme Court

February 1 2024